FILED
August 8, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-05-0314-GEB |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JEREMY FLINN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JEREMY FLINN, Case No. CR.S-05-0314-GEB, Charge, Possession of Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

    ✓ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✓ (Other)   *PTS Conditions*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 8, 2005  at  2:25 p.m.

By _____
Peter A. Nowinski
United States Magistrate Judge

**SPECIAL CONDITIONS OF RELEASE**

AUG - 8 2005

RE:   FLINN, JEREMY
      Doc. No. CRS 05-314-GEB

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall seek and/or maintain employment or be enrolled in school and provide proof of same as requested by your pretrial services officer;

7. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

8. You shall not access the Internet by any means;

9. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer; additionally any computers in your residence shall be password protected;

10. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

11. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and

12. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.

August 8, 2005