QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEREMY FLINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-314 GEB |
|                           | ) | |
| Plaintiff,                | ) | |
|                           | ) | |
| v.                        | ) | **STIPULATION REQUESTING THE COURT TO VACATE TRIAL CONFIRMATION HEARING; PROPOSED ORDER** |
|                           | ) | |
| JEREMY FLINN,             | ) | |
|                           | ) | |
| Defendant.                | ) | |
|                           | ) | |

On August 26, 2005, the parties appeared in court and scheduled a status conference in this case for September 30, 2005, and excluded time under the Speedy Trial Act until that date.  Mr. Flinn was present in court at that time and agreed to the continuance and the Speedy Trial exclusion.

Unfortunately, the parties inadvertently failed to ask the court to vacate the trial confirmation hearing scheduled in this case for Friday, September 16, 2005.  The parties, through their respective counsel, hereby stipulate and agree that the trial confirmation hearing

/ /

/ /

1  be vacated in light of the scheduled status conference.

2  
3  DATED: August 26, 2005

4  McGregor W. Scott                    Quin Denvir
   United States Attorney               Federal Defender

5  

6  /s/ Carolyn K. Delaney               /s/ Daniel J. Brocerick
   _____       _____
7  CAROLYN K. DELANYEY                  DANIEL J. BRODERICK
   Assistant U.S. Attorney              Chief Assistant Federal Defender
8  Attorney for Plaintiff               Attorney for Defendant
                                        JEREMY FLINN
9  

10                         ------------
11  
       Pursuant to the stipulation filed by the parties, and for the
12  
    reasons stated therein, IT IS HEREBY ORDERED that the trial
13  
    confirmation hearing scheduled for Friday, September 16, 2005, at 9:00
14  
    a.m. is hereby vacated.
15  

16  Dated:  September 16, 2005

17  
                                    /s/ Garland E. Burrell, Jr.
18                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Stip. Vacating Trial Confirmation       2