```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JEREMY FLINN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-314 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION CONTINUING STATUS** |
| | ) | **CONFERENCE AND EXCLUDING TIME;** |
| JEREMY FLINN, | ) | **PROPOSED ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    A status conference is scheduled in this case for Friday, September 30, 2005.  To date, the government has released discovery and that discovery has been reviewed by a computer forensic expert working with the defense.  That expert needed to review additional information from the computer and the government agent is in the process of providing that information.  After review of this information, the parties shall meet and confer about any additional discovery or computer information that may be needed.  However, additional time is needed to complete these tasks.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference currently scheduled for September

1  30, 2005, be continued until October 14, 2005, at 9:00 a.m.  The
2  parties further stipulate and agree that the time period between
3  September 30, 2005, and October 14, 2005, be excluded under the Speedy
4  Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the
5  need to provide defense counsel with the reasonable time to prepare.

DATED: September 29, 2005

McGregor W. Scott                       Quin Denvir
United States Attorney                  Federal Defender


/s/ Carolyn K. Delaney                  /s/ Daniel J. Brocerick
_____                 _____
CAROLYN K. DELANYEY                     DANIEL J. BRODERICK
Assistant U.S. Attorney                 Chief Assistant Federal Defender
Attorney for Plaintiff                  Attorney for Defendant
                                        JEREMY FLINN


------------

    Pursuant to the stipulation filed by the parties, and for the reasons stated therein, IT IS HEREBY ORDERED that the status conference currently scheduled for September 30, 2005, be continued until October 14, 2005, at 9:00 a.m.  IT IS FURTHER ORDERED that the time period between September 30, 2005, and October 14, 2005, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED:  September 30, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stip. Continuing Status Conference      2