```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JEREMY FLINN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>           Plaintiff,   )<br>   )<br>    v.   )<br>   )<br>JEREMY FLINN,   )<br>   )<br>           Defendant.   )<br>_____) | No. CR-S-05-314 GEB<br><br>STIPULATION CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME;<br>PROPOSED ORDER<br><br>DATE: November 18, 2005<br>TIME: 9:00 a.m.<br>JUDGE: Garland E. Burrell |

    A status conference in this case is scheduled for October 14, 2005. Discovery released by the government has been reviewed by a computer forensic expert working with the defense who needs to review additional information from the computer. After the expert has completed his review of this information, the parties shall meet and confer about any additional discovery or computer information that may be needed. However, additional time is needed to complete these tasks.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled for October 14, 2005 be continued until November 18, 2005, at 9:00 a.m.

    The parties further stipulate and agree that the time period

between October 14, 2005 November 18, 2005 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED: October 13, 2005

| McGregor W. Scott | Quin Denvir |
| United States Attorney | Federal Defender |

/s/ Carolyn K. Delaney                    /s/ Daniel J. Brocerick
_____           _____
CAROLYN K. DELANYEY                       DANIEL J. BRODERICK
Assistant U.S. Attorney                   Chief Assistant Federal Defender
Attorney for Plaintiff                    Attorney for Defendant
                                          JEREMY FLINN

------------

IT IS HEREBY ORDERED that the status conference currently scheduled for October 14, 2005 be continued until November 18, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that the time period between October 14, 2005 and November 18, 2005 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED:  October 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip. Continuing Status Conference          2