```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5

 6  Attorney for Defendant
    JEREMY FLINN
 7
```

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. CR-S-05-314 GEB |
|----|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; PROPOSED ORDER |
| 14 | JEREMY FLINN, | ) | |
| 15 | Defendant. | ) | DATE: December 9, 2005 |
| 16 | | ) | TIME: 9:00 a.m. |
|    | | ) | JUDGE: Garland E. Burrell, Jr. |

17

18       A status conference in this case is scheduled for November 18,
19  2005.  Mr. Flinn has met with his counsel and requested that additional
20  investigation be conducted in his case.  Defense counsel expects to
21  complete this investigation, and meet with the government about a
22  possible resolution of this case within the next three weeks.

23       The parties, through their respective counsel, hereby stipulate
24  and agree that the status conference scheduled for November 18, 2005 be
25  continued until December 9, 2005, at 9:00 a.m.

26       The parties further stipulate and agree that the time period
27  between today, November 16, 2005 and December 9, 2005, be excluded
28  under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code

1  T4), due to the need to provide defense counsel with the reasonable
2  time to prepare.
3  DATED: November 16, 2005

4  McGregor W. Scott					Quin Denvir
   United States Attorney			Federal Defender
5

6
   /s/ Carolyn K. Delaney			/s/ Daniel J. Broderick
7  _____	_____
   CAROLYN K. DELANEY				DANIEL J. BRODERICK
8  Assistant U.S. Attorney			Chief Assistant Federal Defender
   Attorney for Plaintiff			Attorney for Defendant
9 									JEREMY FLINN

10

11 					------------

12     IT IS HEREBY ORDERED that the status conference currently
13 scheduled for November 18, 2005 be continued until December 9, 2005 at
14 9:00 a.m.
15     IT IS FURTHER ORDERED that the time period between November 16,
16 2005 and December 9, 2005 be excluded under the Speedy Trial Act (18
17 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
18 provide defense counsel with the reasonable time to prepare.
19
   DATED:  November 17, 2005
20
									/s/ Garland E. Burrell, Jr.
21									GARLAND E. BURRELL, JR.
									United States District Judge
22

Stip. Continuing Status Conference       2