QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEREMY FLINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-314 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| JEREMY FLINN, | ) | |
| | ) | |
| Defendant. | ) | Date:  January 6, 2006 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |

A status conference in this case is scheduled for December 9, 2005.  The meetings with Mr. Flinn have been ongoing and additional investigation continues to be needed in his case.  Defense counsel is attempting to complete this investigation in order to meet with the government about possible resolution.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled for December 9, 2005 be continued until January 6, 2006 at 9:00 a.m.

The parties further stipulate and agree that the time period between today, December 8, 2005 and January 6, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),

1  due to the need to provide defense counsel with the reasonable time to

2  prepare.

3  DATED: December 9, 2005

4  McGregor W. Scott                    Quin Denvir
   United States Attorney               Federal Defender

5

6

   /s/ Carolyn K. Delaney               /s/ Daniel J. Broderick
7  _____             _____
   CAROLYN K. DELANEY                   DANIEL J. BRODERICK
8  Assistant U.S. Attorney              Chief Assistant Federal Defender
   Attorney for Plaintiff               Attorney for Defendant
9                                       JEREMY FLINN

10

11                          ------------

12      IT IS HEREBY ORDERED that the status conference currently

13  scheduled for December 9, 2005 be continued until January 6, 2006 at

14  9:00 a.m.

15      IT IS FURTHER ORDERED that the time period between December 8,

16  2005 and January 6, 2006 be excluded under the Speedy Trial Act (18

17  U.S.C. $3161(h)(8)(B)(iv) and Local Code T4), due to the need to

18  provide defense counsel with the reasonable time to prepare.

19  Dated:  December 8, 2005

20
                            /s/ Garland E. Burrell, Jr.
21                          _____
                            GARLAND E. BURRELL, JR.
22                          United States District Judge

23

24

25

26

27

28