| | |
|---|---|
| 1 | DENNIS S. WAKS, Bar #142581 |
| | Acting Federal Defender |
| 2 | DANIEL J. BRODERICK, Bar #89424 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California  95814 |
| | Telephone (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JEREMY FLINN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-314 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| JEREMY FLINN, | ) | |
| | ) | Date: February 3, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |

It is hereby stipulated between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Daniel J. Broderick, Chief Federal Defender, attorney for defendant, that the status conference presently scheduled for January 6, 2006 be vacated and rescheduled for status conference on February 3, 2006 at 9:00 a.m.

Defense counsel is meeting with the government's agent next week working toward a resolution of the case.  The investigation and meetings with Mr. Flinn remain ongoing.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled for January 6, 2006 be continued until February 3, 2006 at 9:00 a.m.

1    The parties further stipulate and agree that the time period
2 between today, January 5, 2006, and February 3, 2006 be excluded under
3 the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),
4 based on continuity of counsel and defense preparation.
5 Dated: January 5, 2006
6                                        DENNIS S. WAKS
                                         Acting Federal Defender
7
8                                        /s/ Daniel J. Broderick
9                                        _____
                                         DANIEL J. BRODERICK
                                         Chief Assistant Federal Defender
10                                       Attorney for Defendant
                                         JEREMY FLINN
11
12 Dated: January 5, 2006                MCGREGOR W. SCOTT
                                         United States Attorney
13
14                                       /s/ Carolyn K. Delaney
15                                       _____
                                         CAROLYN K. DELANEY
                                         Attorney for Plaintiff
16                                       per telephonic authorization
17                              ------------
18    IT IS HEREBY ORDERED that the status conference currently
19 scheduled for January 6, 2006 be continued until February 3, 2006 at
20 9:00 a.m.
21    IT IS FURTHER ORDERED that the time period between January 5, 2006
22 and February 3, 2006 be excluded under the Speedy Trial Act (18 U.S.C.
23 §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel
24 and defense preparation.
25 Dated:  January 11, 2006
26
                                         /s/ Garland E. Burrell, Jr.
27                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
28

Stipulation and Order              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                                3