```
Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721
```

Attorney for Defendant
JEREMY FLINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY FLINN,<br><br>　　　　　　　　Defendant. | No. CR. S-05-314 GEB<br><br>STIPULATION AND ORDER:<br>SUBSTITUTION OF ATTORNEYS |

　　　　Defendant, Jeremy Flinn, does hereby substitute in Michael E. Hansen in the place and stead of the Federal Defender.

Dated:　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FLINN

　　　　I request the within substitution.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FLINN
　　　　　　　　　　　　　　　　　　　　　　　Defendant

1

PDF created with pdfFactory trial version www.pdffactory.com

I agree to the within substitution.

Dated:

                                  DANIEL BRODERICK
                                  Federal Defender

I agree to the within substitution.

Dated:

                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  JEREMY FLINN

IT IS SO ORDERED.

DATED: August 3, 2006

                                  /s/ Garland E. Burrell, Jr.

                              GARLAND E. BURRELL, JR.
                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com