Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JEREMY FLINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JEREMY FLINN,<br><br>                Defendant. | No. CR. S-05-314 GEB<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff and MICHAEL E. HANSEN, attorney for Defendant JEREMY FLINN that the previously scheduled status trial confirmation hearing date of January 5, 2006 and the jury trial date of February 6, 2007 be vacated and the matters respectively set for trial confirmation hearing conference on March 23, 2007 at 9:00 a.m. and jury trial on April 24, 2007 at 9:00 a.m.

      This continuance is requested to allow defense counsel time to conduct legal research, obtain records, interview witnesses and continue investigating facts of the case.  Specifically, an expert has been retained recently and requires additional time to review the discovery.

      Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 24, 2007, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

1

| | |
|---|---|
| Dated: January 4, 2007 | Respectfully submitted, |
| | /s/ Michael E. Hansen |
| | MICHAEL E. HANSEN |
| | Attorney for Defendant |
| | JEREMY FLINN |

Dated: January 4, 2007

                                                /s/ Michael E. Hansen for
                                                CAROLYN DELANEY
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                MICHAEL E. HANSEN
                                                Attorney for Defendant
                                                JEREMY FLINN

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: January 5, 2007

                                                GARLAND E. BURRELL, Jr.
                                                United States District Judge