1 | McGREGOR W. SCOTT
United States Attorney
2 | CAROLYN K. DELANEY
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2798

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )    CR No. S 05-314 GEB
                                 )
12 |          Plaintiff,          )
                                 )
13 |     v.                       )    STIPULATION AND PROPOSED ORDER
                                 )
14 |                              )
JEREMY FLINN,                    )
15 |                              )
             Defendant.          )
16 | _____ )

17

18 |     IT IS HEREBY stipulated between the United States of America

19 | through its undersigned counsel, Carolyn K. Delaney, Assistant

20 | United States Attorney, together with the defendant and his

21 | counsel, Michael Hansen, that the trial date currently scheduled

22 | for April 24, 2007, be vacated and a trial date be scheduled on

23 | May 1, 2007.  The trial confirmation hearing of March 23, 2007

24 | shall remain.

25 |     It is further stipulated and agreed between the parties that

26 | the time under the Speedy Trial Act should be excluded from

27 | today's date to May 1, 2007, under Local Code T4, Title 18,

28

1

1  United States Code, Section 3161 (h)(8)(B)(iv), to give the

2  defendant time to review the discovery and to adequately prepare

3  as the defense is currently awaiting the forensic review by its

4  expert.

5

Dated: February 12, 2007                Respectfully submitted,

6
                                         McGREGOR W. SCOTT
7                                        U.S. Attorney

8                                        /s/ Carolyn K. Delaney

9                                        CAROLYN K. DELANEY
                                         Assistant U.S. Attorney
10

11 Dated: February 12, 2007              /s/ Michael Hansen

12                                       MICHAEL HANSEN
                                         Attorney for Jeremy Flinn
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 05-314 GEB |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| JEREMY FLINN, | ) | |
| Defendant. | ) | |


**IT IS HEREBY ORDERED**:   That the trial set for April 24, 2007 is VACATED, and a trial date of May 1, 2007 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and May 1, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated:  February 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3