Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JEREMY FLINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JEREMY FLINN,<br><br>            Defendant. | No. CR. S-05-314 GEB<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff and MICHAEL E. HANSEN, attorney for Defendant JEREMY FLINN that the previously scheduled status conference hearing date of July 27, 2007 be vacated and the matter set for status conference on September 21, 2007 at 9:00 a.m.

    This continuance is requested to allow the parties time to continue to conduct an evidentiary hearing regarding discovery issues concerning computer hard drives.  That hearing is expected to be set for late August, 2007 before Magistrate Judge Hollows.

    Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 21, 2007, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2007 | Respectfully submitted, |

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JEREMY FLINN

Dated: July 26, 2007

/s/ Michael E. Hansen for
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JEREMY FLINN

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: July 27, 2007

_____
GARLAND E. BURRELL, Jr.
United States District Judge