Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JEREMY FLINN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-05-314 GEB |
| Plaintiff, | STIPULATION AND ORDER: EXCLUSION OF TIME |
| vs. | |
| JEREMY FLINN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for plaintiff, and MICHAEL E. HANSEN, attorney for defendant JEREMY FLINN, that the previously-scheduled status conference hearing date of September 21, 2007, be vacated and the matter set for status conference on November 30, 2007, at 9:00 a.m.

This continuance is requested to allow defense counsel time to continue preparing for trial in this case.  The parties are engaged in contested discovery litigation.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 30, 2007, should be excluded in

/ / / / /

/ / / / /

/ / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  September 19, 2007                          Respectfully submitted,

                                                   /s/ Michael E. Hansen
                                                   MICHAEL E. HANSEN
                                                   Attorney for Defendant
                                                   JEREMY FLINN

Dated:  September 19, 2007

                                                   /s/ Michael E. Hansen for
                                                   CAROLYN DELANEY
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: September 27, 2007

GARLAND E. BURRELL, JR.
Chief United States District Court