Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JEREMY FLINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   vs.<br><br>JEREMY FLINN,<br><br>                      Defendant. | No. CR. S-05-314 GEB<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for plaintiff, and MICHAEL E. HANSEN, attorney for defendant JEREMY FLINN, that the previously-scheduled status conference hearing date of August 22, 2008, be vacated and the matter set for status conference on October 3, 2008, at 9:00 a.m.

      This continuance is requested to allow the parties to engage in plea agreement negotiations and guideline calculations.

      Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 3, 2008, should be excluded in

/ / / / /

/ / / / /

/ / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  August 20, 2008

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JEREMY FLINN

Dated:  August 20, 2008

/s/ Michael E. Hansen for
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4

8/22/08

_____
GARLAND E. BURRELL, JR.
United States District Judge

2