1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   JEREMY FLINN
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | No. CR. S-05-314 GEB
11 |                       Plaintiff, | STIPULATION AND ORDER:
                                       EXCLUSION OF TIME
12 |     vs.
13 | JEREMY FLINN,
14 |                       Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for plaintiff,
18 and MICHAEL E. HANSEN, attorney for defendant JEREMY FLINN, that the previously-
19 scheduled status conference hearing date of October 3, 2008, be vacated and the matter set for
20 status conference on October 10, 2008, at 9:00 a.m.
21      This continuance is requested to allow the parties to continue to engage in plea
22 agreement negotiations and guideline calculations.
23      Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act
24 from the date this stipulation is lodged, through October 10, 2008, should be excluded in
25 / / / / /
26 / / / / /
27 / / / / /
28

1

1 computing time within which trial must commence under the Speedy Trial Act, pursuant to
2 Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
3
4 Dated: October 1, 2008                                        Respectfully submitted,
5
6                                                               /s/ Michael E. Hansen
                                                                MICHAEL E. HANSEN
7                                                               Attorney for Defendant
                                                                JEREMY FLINN
8 Dated: October 1, 2008
                                                                /s/ Michael E. Hansen for
9                                                               JILL THOMAS
                                                                Assistant U.S. Attorney
10                                                              Attorney for Plaintiff
11
12                                        ORDER
13      IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
14 § 3161(H)(8)(B)(iv) and Local Code T4.
15 Dated:   10/2/08
16
17 _____
   GARLAND E. BURRELL, JR.
18 United States District Judge
19
20
21
22
23
24
25
26
27
28

2