1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   JEREMY FLINN
5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            No. CR. S-05-314 GEB

11                   Plaintiff,          STIPULATION AND ORDER:
                                         EXCLUSION OF TIME
12       vs.

13 JEREMY FLINN,

14                   Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for plaintiff,

18 and MICHAEL E. HANSEN, attorney for defendant JEREMY FLINN, that the previously-

19 scheduled status conference hearing date of October 10, 2008, be vacated and the matter set for

20 status conference on November 7, 2008, at 9:00 a.m.

21      This continuance is requested to allow the parties to continue to engage in plea

22 agreement negotiations and guideline calculations.  Specifically, expert analysis of the hard

23 drive evidence is ongoing.

24      Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act

25 from the date this stipulation is lodged, through November 7, 2008, should be excluded in

26 / / / / /

27 / / / / /

28 / / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: October 10, 2008                Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        JEREMY FLINN

Dated: October 10, 2008

                                        /s/ Michael E. Hansen for
                                        JILL THOMAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

DATED: October 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

**Deleted:** Dated: _____¶
_____ GARLAND E. BURRELL, JR.¶
_____ United States District Judge¶