```
LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-00314 GEB |
|  | ) |  |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
|  | ) | FORFEITURE |
| v. | ) |  |
|  | ) |  |
| JEREMY FLINN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jeremy Flinn, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Jeremy Flinn's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)    a Compaq Presario computer with a Maxtor hard drive (10GB);

        b)    a Seagate hard drive;

        c)    a generic CPU with a Maxtor hard drive (20GB);

        d)    a Samsung 26 GB hard drive; and

1     e) an Omega zip drive with three zip disks.

2   2. The above-listed property constitutes property
3 containing visual depictions of minors engaged in sexually
4 explicit conduct, which were produced using materials which have
5 been mailed, or have been shipped or transported in interstate or
6 foreign commerce, or which were possessed in violation of 18
7 U.S.C. § 2252(a)(4)(B) and/or were used or intended to be used in
8 any manner or part to commit and to promote the commission of the
9 aforementioned violation, all in violation of 18 U.S.C. § 2253.

10   3. Pursuant to Rule 32.2(b), the Attorney General (or a
11 designee) shall be authorized to seize the above-listed property.
12 The aforementioned property shall be seized and held by the
13 United States, in its secure custody and control.

14   4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
15 U.S.C. § 853(n), and Local Rule 83-171, the United States shall
16 publish notice of the order of forfeiture.  Notice of this Order
17 and notice of the Attorney General's (or a designee's) intent to
18 dispose of the property in such manner as the Attorney General
19 may direct shall be posted for at least 30 consecutive days on
20 the official internet government forfeiture site
21 www.forfeiture.gov.  The United States may also, to the extent
22 practicable, provide direct written notice to any person known to
23 have alleged an interest in the property that is the subject of
24 the order of forfeiture as a substitute for published notice as
25 to those persons so notified.

26     b. This notice shall state that any person, other than
27 the defendant, asserting a legal interest in the above-listed
28 property, must file a petition with the Court within sixty (60)

days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

Dated:  January 16, 2009

```
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```