IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-cr-314-GEB |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMY FLINN, | ) | |
| | ) | |
| Defendant. | ) | |

On October 29, 2009, Defendant filed an Application for an evidentiary hearing, arguing that "[t]he purpose of the evidentiary hearing is to support the defendant's objections to the presentence report." However, Defendant has not filed formal objections to the presentence report as required under Local Rule Crim 32-460(f); therefore, it is unclear why Defendant indicates he has formal objections pending. United States v. Lopez-Cavasos, 915 F.2d 474, 479 (9th Cir. 1990)(affirming the district court's refusal to hear an argument related to a presentence report when an objection to the report was not brought in accordance with the district court's local rule). Defendant's Application fails to support his request for an evidentiary hearing.

1  Defendant also filed a sentencing memorandum on October 29, 2009, in which he argues for a non-advisory guideline sentence. However, this sentencing memorandum does not shed light on why Defendant requested an evidentiary hearing.  Therefore, Defendant's Application for an evidentiary hearing is denied.

Dated:  November 9, 2009

                                                                         
GARLAND E. BURRELL, JR.
United States District Judge