```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2781
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )    2:05-cr-00314 GEB
                                )
12           Plaintiff,         )    FINAL ORDER OF FORFEITURE
                                )
13      v.                      )
                                )
14  JEREMY FLINN,               )
                                )
15           Defendant.         )
    _____)
16
```

17      WHEREAS, on or about January 20, 2009, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253 based upon the plea agreement entered into between

20 plaintiff and defendant Jeremy Flinn forfeiting to the United

21 States the following property:

22         a)   a Compaq Presario computer with a Maxtor hard
             drive (10GB);

23         b)   a Seagate hard drive;

24         c)   a generic CPU with a Maxtor hard drive (20GB);

25         d)   a Samsung 26 GB hard drive; and

26         e)   an Omega zip drive with three zip disks.

27

28      AND WHEREAS, beginning on January 23, 2009, for at least 30

1 consecutive days, the United States published notice of the
2 Court's Order of Forfeiture on the official internet government
3 forfeiture site www.forfeiture.gov.  Said published notice
4 advised all third parties of their right to petition the Court
5 within sixty (60) days from the first day of publication of the
6 notice for a hearing to adjudicate the validity of their alleged
7 legal interest in the forfeited property;

8    AND WHEREAS, the Court has been advised that no third party
9 has filed a claim to the subject property, and the time for any
10 person or entity to file a claim has expired.

11    Accordingly, it is hereby ORDERED and ADJUDGED:

12    1.  A Final Order of Forfeiture shall be entered forfeiting
13 to the United States of America all right, title, and interest in
14 the above-listed property pursuant to 18 U.S.C. § 2253, to be
15 disposed of according to law, including all right, title, and
16 interest of Jeremy Flinn.

17    2.  All right, title, and interest in the above-listed
18 property shall vest solely in the United States of America.

19    3.  The United States shall maintain custody of and control
20 over the subject property until it is disposed of according to
21 law.

22 Dated:  January 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge